1054

[No. 48053-1-II.   Division Two.   November 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME PATRICK MEDINA, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 15-1-00586-1, Jeanette Dalton, J., entered September 4, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.

[No. 48079-4-II.   Division Two.   November 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM CHRISTOPHER DIAZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-01288-8, Kitty-Ann van Doorninck, J., entered August 28, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.

[No. 48702-1-II.   Division Two.   November 8, 2016.]

MARTIN O. NICKERSON, JR., *Appellant*, v. THE DEPARTMENT OF REVENUE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-2-02053-5, Carol Murphy, J., entered June 8, 2015. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Melnick, JJ.

[No. 33719-7-III.   Division Three.   November 8, 2016.]

WING CENTRAL'S ROADHOUSE GRILL, INC., ET AL., *Respondents*, v. ALFRED W. BUCHELI, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 12-2-03032-3, Susan L. Hahn, J., entered July 31, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Siddoway, JJ.